UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Mosabi Hamed (P34663)                              Misc. No. 03-X-73216

_____/

### ORDER GRANTING PETITION FOR REINSTATEMENT

The State of Michigan Attorney Discipline Board suspended Petitioner Mosabi Hamed from the practice of law in the Michigan state courts commencing August 5, 2003. On August 25, 2003, this Court suspended Petitioner's license to practice law in the United States District Court for the Eastern District of Michigan and the United States Bankruptcy Court for the Eastern District of Michigan. On August 16, 2005, the State of Michigan Attorney Discipline Board reinstated Petitioner to the practice of law before the state courts in Michigan. On March 22, 2006, Petitioner filed a petition in this Court seeking to be reinstated to the practice of law before the federal courts in the Eastern District of Michigan. A hearing was held on the petition on June 5, 2006, before the Honorable Patrick J. Duggan, the Honorable Arthur J. Tarnow[*], and the Honorable David M. Lawson.

Based on the information presented to the panel at the hearing, the panel is satisfied that the petition for reinstatement should be granted.

Therefore,

---

[*]The Honorable Arthur J. Tarnow replaced the Honorable Nancy G. Edmunds.

**IT IS ORDERED**, that Mosabi Hamed's petition for reinstatement to practice before the federal courts within the Eastern District of Michigan is **GRANTED**, subject to Petitioner's compliance with the conditions imposed by the Michigan Attorney Discipline Board as a condition to his reinstatement to practice law in the state courts.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE


s/ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE


s/DAVID M. LAWSON
UNITED STATES DISTRICT JUDGE


DATE: June 8, 2006


Copies to:
Hon. Bernard A. Friedman, Chief Judge
Mosabi Hamed, Esq.
Stephen Murphy, III, United States Attorney
Kelly Clark, Deputy Clerk
David J. Weaver, Court Administrator
Administrator of the Michigan Attorney Grievance Commission